# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROBERT PORTER**                                                                                          **PLAINTIFF**

**v.**                              **4:08CV00637-WRW**

**HARTFORD LIFE & ACCIDENT INSURANCE**                                         **DEFENDANT**
**COMPANY**

## ORDER

Pending is Defendant's Motion to Strike Statement of Facts (Doc. No. 33). Plaintiff has responded (Doc. No. 36). Defendant's Motion is DENIED.

IT IS SO ORDERED this 31st day of March, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE