IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT PORTER**                                                                                          **PLAINTIFF**

**v.**                                               **4:08CV00637-WRW**

**HARTFORD LIFE & ACCIDENT**                                                               **DEFENDANT**
**INSURANCE COMPANY**

## JUDGMENT

Based on an Order entered today GRANTING Plaintiff's Motion for Summary Judgment, and Denying Defendant's Motion for Summary Judgment, Judgment is entered in favor of the Plaintiff and the case is dismissed.

IT IS SO ORDERED this 23rd day of April, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE