IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT PORTER**                                                                         **PLAINTIFF**

v.                                              **4:08-CV-00637-WRW**

**HARTFORD LIFE & ACCIDENT INSURANCE**                              **DEFENDANT**
**COMPANY**

## ORDER

Pending is Defendant's Motion to Stay the Court's Order Pending Appeal (Doc. No. 54). Plaintiff has responded (Doc. No. 58).

Defendant's Motion asked the Court to stay, pending appeal, the enforcement of the Court's April 23, 2009, Order and Judgment, without the necessity of posting a bond.[1] Defendant points out that it has ample ability to pay any judgment in this action.[2] In support of its position, Defendant cites The Hartford's 2008 revenue of $9.2 billion, and "A" rating from both Standard & Poor's and A.M. Best.[3] Plaintiff's Response disputed Defendant's ability to pay, pointing out that The Hartford has been approved by the U.S. Government for $3.4 Billion in TARP money.[4] Defendant believes that, if it loses on appeal, it will unlikely owe Plaintiff more than $400,000, and Plaintiff would be satisfied if Defendant posted bond in that amount.[5]

---

[1] Doc. No. 55.

[2] *Id*.

[3] *Id*.

[4] Doc. No. 58.

[5] Doc. Nos. 55, 58.

1

2

Defendant's Motion is DENIED. Defendant is directed to post a *supersedeas* bond in the amount of $400,000.

IT IS SO ORDERED this 5th day of June, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE