**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROBERT PORTER**                                                                      **PLAINTIFF**

**V.**                                            **4:08CV00637-WRW**

**HARTFORD LIFE & ACCIDENT INSURANCE**                              **DEFENDANT**
**COMPANY**

## ORDER

Pending is the parties' Joint Motion Requesting the Court to Withdraw and Vacate its

Order and Judgment Entered April 23, 2009, and its Order Entered July 2, 2009 (Doc. No. 71).

Defendant appealed this case to the United States Court of Appeals for the Eighth

Circuit.[1] The parties, through the mediation efforts of John Martin at the Court of Appeals, have

resolved all issues with respect to this case. As part of their resolution, the parties jointly request

that the Court withdraw its Order and Judgment granting Plaintiff summary judgment (Doc. Nos.

44, 45), as well as the Order granting attorneys' fees to Plaintiff (Doc. No. 63).

The parties' Motion is GRANTED. The Order and Judgment (Doc. Nos. 44, 45) entered

on April 23, 2009, and the Order (Doc. No. 63) entered on July 2, 2009, are WITHDRAWN and

VACATED.

IT IS SO ORDERED this 31st day of August, 2009.


                                                    /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 64.