**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROBERT PORTER**                                                                                      **PLAINTIFF**

**v.**                                                    **4:08CV00637-WRW**

**HARTFORD LIFE & ACCIDENT INSURANCE**                                        **DEFENDANT**
**COMPANY**

**ORDER**

Pending is the parties' Joint Motion Requesting Release of Supersedeas Bond (Doc.

No. 77). The Motion is GRANTED. The *supersedeas* bond filed on June 22, 2009,[1] is released.

IT IS SO ORDERED this 8th day of September, 2009.


                                                        /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE

_____

[1]Doc. No. 62.